UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                        )         Case Number:  21-04641
Dennis Clifford                               )
Susan Clifford                                )
                                              )         Chapter:  13
                                              )
                                              )                   Honorable LaShonda A. Hunt
                                              )                   Joliet
              Debtor(s)                       )

**Order Modifying Plan**

Section 3.5 of the amended plan filed at docket 22 is modified to add an additional creditor, The Galena
Territory Association, Inc. with the collateral of 101 Plum Cove Drive Glanea IL 61036 to be
surrendered.

SMB

Enter:  LaShonda A. Hunt

                                      Honorable LaShonda A. Hunt
                                      United States Bankruptcy Judge

Dated:  06/04/2021

**Prepared by:**
Briana Czajka
Geraci Law L.L.C.
55 E. Monroe St. Suite 3400
Chicago, IL 60603
312-332-1800
ndil@geracilaw.com